

# Fourth Court of Appeals
## San Antonio, Texas

May 2, 2014

No. 04-14-00294-CR

**IN RE** Erica D. **HAYWOOD**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Catherine Stone, Chief Justice
              Sandee Bryan Marion, Justice
              Patricia O. Alvarez, Justice

On April 28, 2014, relator Erica Haywood filed a pro se petition for writ of mandamus. This court does not have jurisdiction to grant the requested relief. By statute, this court may only issue a writ of mandamus against "a judge of a district or county court in the court of appeals district" and other writs as necessary to enforce our appellate jurisdiction. *See* TEX. GOV'T CODE ANN. § 22.221(a)-(b) (West 2004). Relator's petition for writ of mandamus is DISMISSED FOR LACK OF JURISDICTION. The court's opinion will issue at a later date.

It is so **ORDERED** on May 2nd, 2014

_____
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of May, 2014.

_____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2013-CR-2994, styled *The State of Texas v. Erica D. Haywood*, pending in the 399th Judicial District Court, Bexar County, Texas, the Honorable Ray Olivarri presiding.